UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DANIEL WALL-DESOUSA and SCOTT WALL-DESOUSA,**

      **Plaintiffs,**

v.                                              **Case No: 6:14-cv-1959-Orl-41DAB**

**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES, TERRY L. RHODES, DIANNE DOWMAN, RICK SCOTT, MAUREEN JOHNSON and CLAYTON BOYD WALDEN,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Amended Complaint (Doc. 31), filed on January 23, 2015. Upon consideration thereof, the Court will not exercise its discretion to stay the case, and all deadlines for responding to the Amended Complaint, as provided in the Federal Rules of Civil Procedure, are in effect. (*Cf.* Order, Doc. 10, at 5 (suspending prior deadlines)).

The Motion for Preliminary Injunction (Doc. 2) is **DENIED as moot**. The Clerk is directed to **TERMINATE** the following Defendants, who were voluntarily dismissed by way of the Amended Complaint: Florida Department of Highway Safety and Motor Vehicles, Terry L.

Rhodes, and Rick Scott. The Clerk is also directed to change Defendant Dianne Dowman's name to Dianne Bowman[1] and to amend the case style in accordance with the above.

**DONE** and **ORDERED** in Orlando, Florida on January 23, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

---

[1] According to the most recent document filed by this Defendant, her last name is Bowman. (*Compare* Def. Bowman Br., Doc. 27, at 1, *with* Verified Compl., Doc. 1, ¶ 13, *and* Resp. to Mot. Expedite, Doc. 22, at 1).